

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-17-00281-CV**

**IN THE INTEREST OF H.B. AND H.B., CHILDREN**

_____

**From the 361st District Court
Brazos County, Texas
Trial Court No. 16-001947-CV-361**

---

## ABATEMENT ORDER

---

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 14 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3).  TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 21 days of the date of this Order.  *See id*.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal abated
Order issued and filed November 15, 2017

